✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Nevada _____

William T. Webster

                              Plaintiff,

   V.

Advanced Management Group Nevada LLC
et al

                              Defendants.

**JUDGMENT IN A CIVIL CASE**

FOR ATTORNEYS' FEES

Case Number:  2:10-CV-1390 KJD-RJJ

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

Defendant Sunflower Apartment's Motion for Attorneys' Fees   is GRANTED.  Judgment is entered for Defendant Sunflower Apartments and against Plaintiff in the amount of $1,665.00.

March 15, 2012

Date

/s/ Lance S. Wilson

Clerk

/s/ Eileen Sterba

(By) Deputy Clerk